UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD V. HENRY,

    Plaintiff,

v.

PARR-MIRZA, B. SCHASCHKO,
ANGELA JOSEPH, and JOHN DOE,

    Defendants.
_____/

Case No. 24-cv-10595
Honorable Linda V. Parker

**<u>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS (ECF NOS. 39 & 40); (2) GRANTING DEFENDANT PARR-MIRZA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14); AND (3) GRANTING DEFENDANT ANGELA JOSEPH'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT (ECF NO. 25)</u>**

Plaintiff commenced this civil rights action against Defendants on March 8, 2024.  The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 16)  On June 3, 2024, Defendant Parr-Mirza filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 on exhaustion grounds.  (ECF No. 14.)  On August 22, 2024, Defendant Angela Joseph filed a motion to dismiss pursuant to

Federal Rule of Civil Procedure 12(b)(6) or, alternatively, for summary judgment based on exhaustion. (ECF No. 25.)

On January 31, 2025, Magistrate Judge Grand issued separate reports and recommendations ("R&Rs") addressing the motions. (ECF Nos. 39, 40.) In the R&Rs, Magistrate Judge Grand recommends that this Court grant summary judgment to Parr-Mirza and Joseph because Plaintiff failed to exhaust his administrative remedies as to each of these individuals. (*Id.*) At the conclusion of the R&Rs, Magistrate Judge Grand advises the parties that they may object to and seek review within fourteen days of service upon them. (ECF No. 39 at PageID. 364-65; ECF No. 40 at PageID. 373.) Magistrate Judge Grand specifically advises the parties further that "[f]ailure to timely file objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&Rs and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&Rs.

Accordingly,

**IT IS ORDERED** that Defendant Parr-Mirza's motion for summary judgment (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Joseph's motion to dismiss or, alternatively, for summary judgment (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Parr-Mirza and Joseph are terminated as parties to this action.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: February 24, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 24, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager