UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD V. HENRY,

      Plaintiff,                     Case No. 24-cv-10595
                                    Honorable Linda V. Parker

v.

PARR-MIRZA, BRUCE SCHASCHKO,[1]
ANGELA JOSEPH, and JOHN DOE,

      Defendants.

_____/

## OPINION AND ORDER (1) GRANTING JOINT MOTION TO STRIKE, (2) VACATING PHASE II SCHEDULING ORDER AND SETTLEMENT CONFERENCE REFERRAL, AND (3) SETTING REVISED DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff Arnold V. Henry commenced this lawsuit against Defendants on March 8, 2024.  (ECF No. 1.)  Thereafter, a scheduling order was entered setting a discovery deadline of June 6, 2025, and a dispositive motion deadline of July 18, 2025.  (ECF No. 42.)  Dispositive motions were subsequently filed, resulting in the dismissal of Plaintiff's claims against Defendants Parr-Mirza and Angela Joseph.  (ECF No. 46.)  Defendant Bruce Schaschko's motion for summary judgment on exhaustion grounds was denied on June 11, 2025.  (ECF No. 53.)  Magistrate Judge David R. Grand, to whom the matter had been assigned for all pretrial proceedings, then entered a "Certification of Completion of Pretrial Proceedings"

_____

[1] As the first name of this individual is now known, the Clerk of the Court is instructed to amend the docket to reflect his full name.

(ECF No. 54), and this Court entered a Phase II Scheduling Order, setting a deadline for motions in limine, a final pretrial conference date, and a trial date (ECF No. 55).  The Court also referred the matter to Magistrate Judge Grand for a settlement conference.  (ECF No. 56.)

Claiming that these entries were premature, as the parties have additional discovery to complete, Plaintiff and Schaschko filed a joint motion to vacate the Phase II Scheduling Order, set aside the settlement conference referral to Magistrate Judge Grand, and remand the matter to Magistrate Judge Grand for completion of necessary pretrial proceedings.  (ECF No. 57.)  The motion establishes good cause to extend the previously expired discovery and dispositive deadlines.

Accordingly, the Court is **GRANTING** the joint motion (ECF No. 57).  The Phase II Scheduling Order (ECF No. 55) and settlement conference referral (ECF No. 56) are **VACATED**.  The following new deadlines apply to this matter:

**Discovery Cutoff:  February 27, 2026**
**Dispositive Motion Cutoff:  March 31, 2026**

The Court will re-refer the matter for pretrial proceedings to Magistrate Judge Grand in a separate entry.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 29, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 29, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager